UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

DEC 2 3 2024

RECEIVED

U.S. Court of Appeals
D.C. Circuit

In re Timothy Doyle Young

## Mandamus

#1.—    This Petition is submitted under 28 USC §1361, §1651, §1915 (g), and 18 USC §3626.

#2.—    I have no other "remedy" because: a.) the grievance procedure has been "exhausted" numerous times about these issues and is currently unavailable, Ross v. Blake, 578 US 632, 642; b.) the BOP is preventing my access to and use of State Courts by withholding State law materials; c.) the violation of Substantive Due Process,

_County of Sacramento_, 523 US 833, 845 (1998); and _d.)_ the USDC (D. D.C.) is colluding with the Defendants by withholding documents from the Court record in violation of 18 USC §241, §2071, §2076, and F.R.Civ.P. #5 (d)(4), #83 (a).

#3.-     This Petition and the 2 pending cases below, #24-cv-880 (D.D.C.) and #24-cv-2137 (D.D.C.), qualify under the §1915 (g) exemption as recognized by this Court in: _Asemani_, 797 F3d 1069, 1075-76 (D.C.Cir.); _In re Young_, #19-5192 (D.C.Cir.); _In re Young_, #20-5005 (D.C.Cir.); _et al._

#4.-     The United States is violating 28 USC §1915 (g) and the "Danger Creation theory" by:

A.) withholding prescribed treatments and medications (including Sertraline);

B.) removing a Hernia diagnosis from my medical file;

<u>C.)</u> falsifying records on a massive scale ( including my medical file, grievance/appeal responses, tort claim denials, SENTRY records, my Trust Fund Account, etc.) which were transmitted through the U.S. Mail and wire comm.s in violation of 18 USC § 1001, §§ 1341 et seq., etc.;

<u>D.)</u> facilitating a well documented pattern and practice of medical Deliberate Indifference and BOP employee misconduct for decades;

<u>E.)</u> committing Perjury in Court with the intent and result of depriving me of all "Rights", censorship, and oppression, e.g.: # 14-cv-0073 (D. Colo.), dkt. #18; #19-5192 (D.C. Cir.)(at 11-18-19); #20-5005 (D.C. Cir.)(at 6-26-20); #23-5261 (D.C. Cir.)(at 5-3-24); et al.

<u>F.)</u> withholding and/or destroying court documents in violation of F.R.Civ. P. #5 (d)(4) and 18 USC § 2071, § 2076.

G.) Placing me in "Duress" <u>US v. Bailey</u>, 100 S.Ct. 624, 634.

<u>Supporting Facts</u>

#5. — All of the following occurred while #23-5261 (D.C.Cir.); #24-cv-880 (D.D.C.); and #24-cv-2137 (D.D.C.) are pending.

#6. — <u>A.)</u> Prison employees retaliated because I exercised my First Amendment Right to petition.

#7. — I submitted written complaints about access to postage stamps on 4-16-24; 4-29-24; and 7-1-24.

#8. — On 5-3-24 prison employee Chad Hamilton submitted a Declaration about access to postage and the U.S. Mail in #23-5261 (D.C.Cir.).

#9. — On 5-9-24 Mr. Hamilton allowed me to purchase 20 stamps.

#10. — Because of an unreasonable delay I submitted the 7-1-24 grievance above and complained to the Assoc. Warden who sent an E-mail to Mr. Hamilton

ON 7-30-24.

#11.-    The next day (7-31-24) Mr. Hamilton retaliated by withholding all access to postage and falsely claiming that I refused to sign a BP-199 withdrawal form to purchase stamps.

#12.-    The "INMATE-refused" excuse is the routine method to justify staff misconduct and retaliation.

#13.-    To counteract the false allegation I submitted 4 signed BP-199 forms with 4 grievances but access to postage is still being withheld, see: #1208238-F1; #1208465-F1; #1208983-F1; #1211027-F1; and Exhibits attached to this Petition.

#14.-    BOP records prove that postage is still being withheld from me in retaliation, see:
A.) the attached Exhibits and the 4 grievances above;
B.) the "Declaration" in #23-5261 (pp. #8 above).
C.) my commissary records.
D.) my Trust Fund Account.

_E._) the mandatory "Stamp-Log" required by:
    i.) FLX 5265.14 (4)(D) (exhibit attached).
   ii.) P.S. 5265.14 (18), "Correspondence."
  iii.) 28 CFR § 540.21.

#15.-   I have a protected property-interest and Liberty-interest in access to stamps, the U.S. Mail, and the Courts because of:
    a.) BOP "Rights", _Boulware v. BOP_, 518 F.Supp.2d 186, 190 (D.D.C. 2007).
    b.) 28 CFR § 540.21 and § 541.12.
    c.) P.S. 5265.14 (18).
    d.) FLX 5265.14 (4)(D).
    e.) the Declaration of Chad Hamilton (pp. #8 above).
    f.) Colorado Bill of Rights § 3, § 10, § 20, and § 24.
    g.) U.S. Constitution: First, Fifth (all aspects), Seventh, and Eighth Amendments.

#16.-   I have a Right to be free from First Amendment retaliation because of:
    a.) BOP "Rights".
    b.) 42 USC § 1997d and § 12203.

     c.) 18 USC § 1512, § 1513, etc.
     d.) <u>Crawford-El</u>, 523 US 574, et al.
     e.) Colorado Bill of Rights.
     f.) the First Amendment of the
         U.S. Constitution.

#17. - <u>B.)</u> The USDC (D.D.C.) has been using ex parte methods since 2008 and is currently doing so in #24-cv-880.

#18. -     On 5-28-24 a "Response" for #24-cv-880 (D.D.C.) was delivered by certified mail but it is being withheld from the docket in violation of F.R. Civ.P. #5 (d)(4), #83; 18 USC § 241 § 2071, § 2076; the Colo. Bill of Rights; and the Fifth Amendment (Procedural and Substantive Due Process).

#19. -     The constitutional violations by the USDC (D.D.C.) are an open-secret and well documented by: a.) certified mail deliveries; b.) complaints that were "rejected" and returned to me unfiled; and c.) this Court's admission in #18-5365 (D.C.Cir.), Order at 5-30-19 ("The district court's records reflect

that it returned a civil complaint
. . ").

#20.- The above are illegal/unconstitu-
tional acts in violation of:

A.) 18 USC §241, §2071, §2076;
B.) F.R. Civ. P. #5 (d)(4), #83;
C.) Colorado Bill of Rights §3, §6,
    §10, §20, §24, §25;
D.) U.S. Const., First, Fifth (all
    aspects), and Eighth Amendments.

#21.- In 2018 I was denied all access
to any Court for "IMMINENT DANGER"
(a 21-year Hepatitis-C violation)
because of collusion by the Judicial
and Executive Branches (specifically
the USDC (D.D.C.) and Kelee Dell,
Trust Fund Supervisor).

#22.- C.) The United States has documented a 26
year pattern and practice of medical Delib-
erate Indifference; falsifying hundreds of
records to conceal the habitual viola-
tions and criminal acts by BOP

employees; consistently committing perjury in Court with the intent and result of depriving me of all "Rights"; and preventing my meaningful use of any State or Federal Court.

#23.- <u>Past Deliberate Indifference</u> - In 1997 the BOP diagnosed my Hepatitis-C Virus ("HCV") infection but kept it out of my medical record until 2012, see attached exhibits.

#24.- The BOP withheld baseline testing, regular monitoring, and mandatory treatment on at least two occasions (2005 and 2012), all in violation of Policy.

#25.- The BOP did not inform me of the HCV until 2013 and then withheld treatment for another five years (2018) after Dr. Allred ordered it on 7-10-2013.

#26.- I submitted 5 HCV "Imminent Danger" complaints to the USDC (D.D.C.) in 2018, all of which were rejected in violation of 18 USC §241, §2071, §2076; Fed. R. Civ. P. #5(d)(4), #83; etc.

#27.- After the USDC withheld my HCV

complaints and notified the Defendants of those complaints, the BOP suddenly gave me a CAT-scan and began treatment.

#28.- The June 12, 2018 CAT scan revealed liver damage in the "right middle lobe" and the "right lower lobe."

#29.- Due Process will expose collusion between the Judicial and Executive Branches to permit a "Voluntary Cessation"; to revoke §1915(g); and to abrogate Constitutional Rights (Equal Protection and Procedural/Substantive Due Process, etc.)

#30.- The above, by itself, satisfies the objective/subjective elements of an 8th Amendment claim and Day v. Johnson, 255 P.3d 1064, 1068-69 (Colo. 2011) ("... plaintiff must show a legal duty of care ... breach of that duty, injury ... and [proximate cause]."

#31.- The "Duty of Care" is required by 18 USC §4042(a); BOP "Rights"; Colorado Restatement (Second) of Torts §314A; Colo. Bill of Rights §3, §6, §20; Univ. of

Denver v. Whitlock, 744 P.2d. 54 (Colo. 1987); "Special Relationship" theory in DeShaney v. Winnebago, 489 US 189; and the Eighth Amendment.

#32.- The "Breach of Duty" is proven by the BOP's own records and the amount of documents the BOP falsified to cover-up that breach of duty. One example is shown at #20-5062 (D.C. Cir.), see "Supplement" (at 11-16-20) Affidavit and Exhibits #1 — #9. Several more examples are shown in the Exhibits attached to this Petition.

#33.- The "Injury" is proven by the June 12, 2018 CAT scan. I request that the Court take Judicial Notice (F.R.E. #201) of #18-cv-3215 (D.KS.), ex. #56.

#34.- The First Amendment violation of denial of access to the Courts is proven by the "Imminent Danger" complaints date-stamped by the USDC (D.D.C.) Clerk but not filed in violation of F.R.Civ.P. #5(d)(4), #83, and 18 USC §2076.

#35.- Current Deliberate Indifference - The

BOP is currently withholding:

a) prescribed medications (including Sertraline *).
b) access to the Optometrist. *
c) a replacement (lost) contact lens. *
d) access to the Dentist for "emergency" extraction.
e) antibiotics for the abscessed tooth.
f) Hernia surgery.
g) prescription for Statins.
h) treatment for Kidney cancer.
i) prescribed Back-Brace.
j) access to postage stamps (this Petition mailed with stamps from another inmate).

   * = 42 USC § 12101 et seq. violations.

#36.-   The BOP has and is "sanitizing" my medical records in retaliation for my complaints filed in the USDC (D.D.C.) and D.C. Circuit.

#37.-   The Hernia-diagnosis was removed or never entered in my medical file in retaliation for the current cases, see #24-cv-880 (D.D.C.) and #23-5261 (DCCir.).

#38.-     On July 1, 2024 Dr. John McGaugh examined my hernia and told me that the prison is not allowing hernia surgeries, to avoid physical movement, and don't cough or sneeze.

#39.-     Dr. McGaugh's 7-1-24 Clinical Notes in my medical file do not mention his hernia diagnosis, the discussion we had about my condition, the severity, nor the reason for withholding treatment. This is exactly what the BOP did for 20 years (1997-2018) with my HCV infection.

#40.-     My requests and receipt of medical records show that my "Sick-Call" requests and requests to Hospital staff ("cop-outs") have not been entered in my medical file since #23-5261 (D.C. Cir.) was docketed in Oct. 2023. Only (approx.) one out of ten requests have been entered which reveals a heavy-handed but selective censorship.

#41.-     Even after I "exhausted" grievance #1203233 about the hernia, it still has not been entered in my medical file.

**#42.-** On Tues. Nov. 12, 2024 R.N. Jones gave me a vaccine for Shingles and at that time I handed him a "Sick-Call" request and a "Medication Refill Request" form.

**#43.-** On 11-16-24 my monthly allotment of meds (including Sertraline) ran-out and as of today (Nov. 18) I have not received my prescribed medications. The withdrawal effects are causing suicidal and homicidal ideations.

**#44.-** Since Aug. 2024 I have submitted approx. two dozen requests for a replacement contact lens but these requests were also kept out of my medical file. I am legally blind without corrective lenses.

**#45.-** All requests to hospital staff and all grievance complaints funnel through HSA Hiner. Mr. Hiner has been withholding a prescribed Back-Brace since Aug. 2024 and has been falsifying grievance responses to conceal his misconduct. The BOP's grievance responses prove this fact, e.g. see: #1211719-F1 (9-18-24); #1203233-A1

(10-8-24); #1211719-R1 (10-18-24); etc.

#46.-     I have repeatedly handed written requests to staff for an "emergency" tooth extraction and antibiotics for the abscess but I have not seen a Dentist, Doctor, P.A., or R.N. In 2012 this prison did the exact same thing and withheld "emergency" dental treatment for 5 months to extract 2 broken molars with exposed nerves. This was deliberate torture and the U.S. blocked my use of any Court.

#47.-     On 8-27-24 Dr. K. Resto evaluated a blood test that stated my need for Statins but they are being withheld.

#48.-     On May 1, 2023 an MRI scan for my back-problems revealed a growth on my right kidney but it is not being assessed even though Dr. J.A. Lord recommended a "renal ultrasound" and further assessment.

#49.-     Since 2019 this Court has documented an ongoing pattern and practice of Deliberate Indifference and Perjury by the DOJ but I cannot get process

served in violation of §1915 (d), (g);
Mallard, 490 US 296; Equal Protection,
and Procedural/Substantive Due
Process. This Court has recognized
and "Granted" I.F.P. for "IMMINENT-
Danger" 16 times IN:

| | |
|---|---|
| # 19 - 5192 ✳ | # 23 - 5208 |
| # 20 - 5005 ✳ | # 23 - 5213 |
| # 20 - 5062 | # 23 - 5234 |
| # 20 - 5104 | # 23 - 5261 ✳ |
| # 21 - 5072 | # 23 - 5297 |
| # 21 - 5234 | # 24 - 5012 |
| # 23 - 5027 | # 24 - 5018 |
| # 23 - 5139 | # 24 - 5189 |

( ✳ = Perjury by the DOJ )

#50.- _Individually_, each of the current
violations satisfies "IMMINENT Danger"
under §1915 (g):

A.) withholding a prescribed life-
saving medication (Sertraline).

B.) withholding treatment and surgery for a Hernia.

C.) withholding access to: i) a doctor; ii.) a diagnosis; and iii.) treatment for Kidney cancer.

D.) withholding antibiotics for an abscessed tooth (sepsis).

E.) withholding an "emergency" tooth extraction.

F.) the documented practice of Medical Deliberate Indifference since 1997 (a 27 year history), see Asemani, 797 F3d at 1076 ("...the sort of ongoing pattern of acts that satisfies the imminent danger exception.") (DCCir. 2015).

#51.- The Court's own records show that I have filed numerous cases in the USDC (DDC) about imminent danger but have failed to satisfy §1915(g) and have process served.

#52- My inability to satisfy the F.R.Civ.P. and §1915(g) is the direct result of mental health issues, low I.Q., lack

of education, and the DOJ's Fraud, Perjury, Obstruction, etc. These are additional violations of 42 USC §§ 12101 et seq., all aspects of the Fifth Amendment, and Cruel/Unusual Punishment.

#53.- The deprivation of all "remedies" and meaningful use of any State or Federal Court is placing other lives in danger.

#54.- In Aug. 2024 while the 3 cases were pending in the D.C. Circuit, I was under "Duress", US v. Bailey, 100 S.Ct. 624, 634.

#55.- On Aug. 19, I was caught with a metal knife while waiting to assault Chad Hamilton because of:

a.) his First Amendment retaliation.
b.) his falsification of records.
c.) his withholding all access to stamps.
d.) the lack of any "remedy"; the lack of Due Process in Court; and the Judiciary's refusal to protect me from corrupt prison employees over the last 18 years.

#56.–     I do not intend to assault Chad Hamilton, any other prison employee, or inmate in the future.

## Retaliation since Oct. 2023

#57.–     While the 3 cases are pending in the D.C. Courts the DOJ has committed additional violations; new crimes; and several retaliatory acts including:

A.) repeatedly withholding prescribed meds (Sertraline, et al.).

B.) withholding access to the P.A., Doctor, Dentist, and Optometrist.

C.) withholding medical devices (Back-Brace and contact lens).

D.) blocking all access to postage since 7-31-2024.

E.) blocking my access to the first levels of the grievance since Sept. 20, 2024.

F.) placing me on a T.V. restriction sanction for approx. a month without an Incident Report and the due process

required by Policy (P.S. 5270.09).

<u>G.</u>) falsifying numerous BOP documents to conceal all of the violations, criminal acts, etc.

<u>H.</u>) committing Perjury in #23-5261 (D.C. Cir.) (at May 3, 2024).

#58.- The United States has caused psychological damage by subjecting me to 29 years of solitary confinement at USP-Max-ADX and decades of criminal acts by the government to censor my complaints.

#59.- My mental health issues include suicidal/homicidal ideation, my "Anti-social Personality Disorder", and the fatalistic view that violence is the only way to get "relief."

## Summary

#60.- The Courts have been using ex parte methods in my court cases since 2006 either unofficially, by a "Martinez Report", or by abusing the

F.I.S.A. statutes, e.g. see #12-5074 (D.C.Cir.) at 9-27-2012 "Exhibits #1 - #16" (Mailed on April 9, 2012 but withheld from the docket for five months while prison employees retaliated).

#61.- The DOJ has falsified hundreds of records and has consistently committed Perjury in Court for almost 2 decades to cover-up the violations that I can prove, so the ex parte nonsense is an absolute joke on top of being a gross violation of Due Process.

#62.- I have overwhelmingly proved "Imminent Danger", a denial of relief now will only confirm the collusion by the Court and the futility of the legal system.

## Disclaimer

#63.- I could not beg, borrow, or steal enough postage from other inmates so I will send the Exhibits at a later date when I am able.

## <u>Relief</u>

#64.-     I request an Order under the statutes cited in pp. #1 that forces the United States, DOJ, BOP, prison employees at ADX, and the Clerk of the USDC (D.D.C.) to :

<u>A.</u>) file my "Response" in #24-cv-880 delivered by certified mail on May 28, 2024 at 2:54 pm.

<u>B.</u>) serve process in #24-cv-880 as required by pp. #49 above; 28 USC §1915 (d), (g); and <u>Mallard</u>, 490 US 296.

<u>C.</u>) file and serve process in all of my "Imminent Danger" complaints that the USDC has, both, withheld from the docket and has kept a record of (see pp. #19 above).

<u>D.</u>) appoint Counsel to draft an "Imminent Danger" complaint that the USDC has to accept and to help me over-come all of the criminal acts by the United States.

E.) issue my prescribed meds to me.
F.) issue antibiotics for an abscessed tooth.
G.) perform an "emergency" tooth extraction.
H.) perform Hernia surgery/treatment.
I.) issue the prescribed contact lens replacement and Back-Brace.
J.) diagnosis of the Kidney abnormality.
K.) comply with 18 USC § 4042 (a).
L.) restore access to postage for :

   a.) "social" (NON-legal) mail.
   b.) access to medical professionals and Attorneys.
   c.) DHO Appeal for the loss of 48 days Good-Time.
   d.) Appeal for #24-cv-2137 (D.D.C.).
   e.) Nov. 18, 2024 "IMMINENT Danger" complaint.
   f.) Habeas Corpus.

M.) sanctions against the DOJ for Perjury in the cases listed in pp. #4 (E) above.

N.) declare 28 USC §1915 unconstitu-
tional because it is being abused
by the United States for censor-
ship, oppression, etc., 28 USC
§§ 2201-02. This statute has rep-
etedly placed my life in danger;
has put me under "Duress" on
several occasions; and has met
the "Danger Creation Theory" req-
uirements.

O.) declare as unconstitutional the
statute, statutes, and/or methods
(e.g. Martinez Report) used to deprive
me of Due Process in Court and
that has allowed an ex parte
cover-up since 2006.

I declare under penalty of perjury
that the foregoing is true and correct.

Executed on
Nov. 18, 2024

Timothy Doyle Young
60012-001
USP-Max-ADX
P.O. Box 8500
Florence, CO 81226

# Watchdog Faults BOP for Averaging 43 Prisoner Deaths a Year—More Than 23 by Suicide

*by David M. Reutter*

A report issued by the federal Department of Justice Office of the Inspector General (OIG) on February 15, 2024, identified "operational and managerial deficiencies" in the federal Bureau of Prisons (BOP) which "created unsafe conditions" blamed for many of 344 prisoner deaths that BOP tallied from 2014 through 2021. Suicides accounted for just over half of those.

BOP came under scrutiny for the most high-profile deaths: The 2018 murder of mobster James "Whitey" Bulger at the U.S. Penitentiary (USP) in Hazelton, West Virginia; the 2019 suicide of billionaire pedophile Jeffrey Epstein at the Metropolitan Correctional Center (MCC) in Manhattan; and a string of homicides at USP Thomson in Illinois. Spurred by concerns from Congress and advocacy groups, OIG initiated its investigation.

What it found were 187 deaths by suicide, 89 homicides, 56 called accidental and the other 12 attributed to unknown factors. The majority of those who died were White (242), with 224 of all deaths occurring at medium or high security prisons. Of the homicides, 54 occurred in general population and 59 in high security level prisons. The suicide rate in general population (100) was higher than the rate in restrictive housing units (86), but security level had the most impact, with 59 suicides in high security, 19 in medium security and 8 in low security. Tellingly, just three of the 187 prisoners who committed suicide were receiving BOP's highest level of mental health care.

OIG found that "recurring policy violations and operational failures" contributed to the suicides. Staff failure to complete suicide assessments "prevented some institutions from adequately identifying and pro-actively addressing inmate suicide risks." Instances of inappropriate mental health care level assignments were also identified. More than half the suicides occurred while the prisoner was single-celled. Guards also failed to make required wellness checks and were deficient in communicating with each other to coordinate efforts.

BOP was further faulted for not adequately documenting deaths nor enacting proactive measures to reduce them. Operational challenges continued to exist, OIG found, noting that "nearly one-third" of the deaths listed "contraband drugs or weapons" as a contributing factor, including 70 overdose deaths. Staffing shortages, outdated security camera systems, staff failure to follow BOP policies and procedures and "an ineffective, untimely staff disciplinary process" also contributed to many deaths.

The report made 12 recommendations, including better staff training and cut-down tools for prisoners who hang themselves. *See: Evaluation of Issues Surrounding Inmate Deaths in Federal Bureau of Prisons Institutions*, U.S. Dep't of Justice (OIG), Report No. 24-041, February 2024. ◾

Sept. 2024

## Declaration

## Affidavit of Timothy Doyle Young

I, Timothy Doyle Young, make the following statement under penalty of perjury:

### Past History

#1.- For over 3 years (Sept. 2006 - Nov. 2009) I filed numerous complaints against a corrupt prison employee, Counselor Madison.

#2.- This includes over 100 grievances; numerous tort claims; civil complaints in Court; Temporary Restraining Orders and Preliminary Injunctions; requests to the F.B.I. to File criminal complaints; multiple complaints to the O.I.G. and U.S. Attorneys General (Gonzales and Mukasey); etc.

#3.- A.G. Alberto Gonzales visited the Super-Max prison (ADX) in early 2007 to suppress another scandal and at that time he put in place measures to censor

and oppress my complaints and evidence of Human Rights abuses at ADX.

#4. -     This includes "Team Quebec" ( at Jan. 12, 2007, 0703 hours ) and the illegal use of the F.I.S.A. Court.

#5. -     I am an american citizen that has never been outside the U.S., I am not and never have been in a gang or "group", and I have never had ties or an association with anyone who is or might be considered a terrorist.

#6. -     The BOP consistently falsified SENTRY records, grievance/appeal responses, and tort claim denials to cover-up Counselor Madison's criminal acts.

#7. -     The Judicial Branch consistently obstructed justice by violating Due Process, e.g.: by withholding service of process after I.F.P. was granted ( see #06-cv-1253 (D. Colo), dkt. #30; #07-cv-2240 (D. Colo.), dkt. #18; etc.); by having extensive ex parte contacts with the Defendants ( Counselor Madison and other prison employees); failing to make a

decision on Prelim. Injunction motions because of the ex parte collusion (see #06-cv-1253 (D.Colo.), dkt.#32, #35, #41, #82; etc.); etc.

#8.- After 3 years of filing every type of "remedy" and complaint possible, I fabricated a metal knife and assaulted Counselor Madison, #10-CR-493 (D. Colo.). Two days after the assault I had a new counselor, literally, violence was the only way to get relief.

## 2024 Facts

#9.- On May 3, 2024 Unit Manager (U.M.) Chad Hamilton submitted a sworn "Declaration" in #23-5261 (D.C.Cir.) concerning prison employees withholding all access to postage stamps.

#10.- When U.M. Hamilton violated his own Declaration, I filed another complaint about his deliberate delay of my access to postage during two active Court cases.

**#11.-** In retaliation, U.M. Hamilton began withholding all access to postage stamps again on July 31, 2024

**#12.-** To conceal this multiple-violation of BOP "Rights" and Policy, the U.S. Constitution, etc., U.M. Hamilton made the false claim that I refused to sign a BP-199 withdrawal form for the purchase of stamps.

**#13.-** To contradict his false allegation, I submitted a signed BP-199 withdrawal form attached to 3 grievances: #1208238-F1 (Aug. 6, 2024); #1208465-F1 (Aug. 7, 2024); and #1208983-F1 (8-13-2024).

**#14.-** Even after I documented 3 additional signed BP-199 withdrawal forms, U.M. Hamilton still blocked all access to postage stamps in retaliation for my First Amendment complaints.

**#15.-** I complained about the situation to the Warden, A.W., S.I.S., etc., during weekly "rounds" (walk-throughs), but no one intervened and U.M. Lazariuk began echoing U.M. Hamilton's false claim even though the 3 grievances above negate

their excuse.

#16 - Because all of the "remedies" and Courts are ineffective as proven in paragraphs #1 - #8 above, I was under "Duress," US v. Bailey, 100 sct. 624, 634.

#17 - On 8-19-24 I was caught with a metal knife while waiting to assault U.M. Hamilton.

#18 - The paragraph above is stated in the "past-tense" and referring to something that might have happened in Aug. 2024, I have no intention of assaulting U.M. Hamilton or anyone in the future.

#19 - The facts above prove one example of how federal inmates are subjected to criminal acts by prison employees? Constitutional violations by the United States, and are the roots-of-violence in the BOP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Nov. 4, 2024          Timothy Doyle Young

Timothy Doyle Young
60012-001
US Penitentiary-Max
PO Box 8500
Florence, CO
legal mail) 81226

CERTIFIED MAIL®

9589 0710 5270 1058 6976 07

U.S. Court of Appeals
333 Constitution Ave., N.W.
Washington, DC

20001-2866


